UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CALGON CARBON CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | ) CIVIL ACTION FILE No. 0:13-cv-00158-HRW |

## ORDER

This matter having come before the Court on Plaintiff's Motion to Enter the Consent Decree proposed and filed on October 29, 2013; the Notice of Lodging having been published in the Federal Register at Vol 78, No. 219, pages 68093-68094; no public comments having been received; and the Consent Decree having been deemed fair, reasonable and in the public interest,

**IT IS HEREBY ORDERED**:

That the Consent Decree filed on October 29, 2013 is hereby officially entered and effective as of the entry of this Order.

This 29th day of January, 2014.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge