# Appendix A



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

OCT 0 5 2012

Honorable Dean A. Calland
Babst Calland Attorneys at Law
Two Gateway Center
Pittsburgh, Pennsylvania 15222

    Re: Contained-In Determination Amendment Request
        Phase I Lagoon Solids Stockpile
        Calgon Carbon Corporation, Catlettsburg, Kentucky

Dear Mr. Calland:

The U.S. Environmental Protection Agency, Region 4 has completed its review of Calgon Carbon Corporation – Big Sandy Plant's (Calgon) Contained-In Determination Amendment Request (CIDAR) dated September 10, 2012. The CIDAR amends the Revised Contained-In Determination Request (RCIDR) for the Phase I Lagoon Solids Stockpile (Phase I Stockpile), that Calgon submitted to the EPA on March 14, 2012.

On April 2, 2012, the EPA Region 4 issued a Contained-In Determination (initial CID) in response to Calgon's RCIDR, authorizing Calgon to transport the Phase I Stockpile off-site for beneficial reuse to specific facilities described in the RCIDR. The initial CID also provided Calgon the opportunity to request the use of an alternative destination facility. Due to delays encountered by Calgon in the disposition of the Phase I Stockpile to a facility, Calgon is amending its RCIDR, and requesting alternative destination facilities for the Phase I Stockpile.

The EPA's "'contained-in' policy defines when contaminated media can be considered to no longer 'contain' hazardous waste." 63 *Fed. Reg.* 65878 (Nov. 30, 1998). However, "the EPA has not ... issued definitive guidance [establishing] concentrations at which contained-in determinations may be made." 63 *Fed. Reg.* 28622 (May 25, 1998). Therefore, the EPA's determinations on when media no longer contain hazardous waste are "made on a case-by-case basis considering the risks posed by the contaminated media." *Id.*

Based on the initial CID, and assuming Calgon manages the Phase I Stockpile at the Kentucky Department for Environmental Protection (KYDEP), permitted Subtitle D landfills as described in the CIDAR, the Phase I Stockpile no longer contains hazardous waste. All paperwork associated with Calgon's off-site management of the Phase I Stockpile to the destination facilities should be submitted to the EPA and the KYDEP upon completion. This revised CID is solely for the Phase I Stockpile, which consists of approximately 54 percent of the Lagoon Solids Stockpile. The remaining Lagoon Solids Stockpile will require additional sampling and analysis.

This revised CID is specific to the Phase I Stockpile and is not a hazardous waste delisting. A request for a hazardous waste delisting for hazardous waste currently generated or generated in the future at Calgon must be submitted separately.

The Phase I Stockpile must be managed based on the documents mentioned above and in the CIDAR. Failure to manage the Phase I Stockpile at the destination facilities as indicated in the CIDAR voids this revised CID. If Calgon chooses to use an alternate destination facility, Calgon must notify the EPA with a copy of the correspondence and submit an amendment to the CIDAR with detailed information about the alternate destination facility to be used. The alternate facility is subject to all the requirements in the previously mentioned documents and in the CIDAR.

If you have technical questions, please contact William Kappler at (404) 562-8498, or for legal questions, please contact Joan Redleaf Durbin at (404) 562-9544.

Sincerely,

G. Alan Farmer
Director
RCRA Division

cc: Richard D. Rose, Calgon Carbon Corporation
Marvin Church, Calgon Carbon Corporation

April J. Webb, P.E., Manager, Hazardous Waste Branch, KDWM
Aaron Newton, Hazardous Waste Branch, KDWM

# Appendix A



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

APR 02 2012

Honorable Dean A. Calland
Babst Calland Attorneys at Law
Two Gateway Center
Pittsburgh, Pennsylvania 15222

RE: Response to Contained-In Determination Request
    Phase I Lagoon Solids Stockpile
    Calgon Carbon Corporation, Catlettsburg, Kentucky

Dear Mr. Calland:

The U.S. Environmental Protection Agency, Region 4 has completed its review of Calgon Carbon Corporation – Big Sandy Plant's (Calgon) Revised Contained-In Determination Request (RCIDR) dated March 14, 2012. Calgon is requesting a Contained-In Determination (CID) on the Phase I Lagoon Solids Stockpile (Phase I Stockpile), based on the approved Phase I Lagoon Solids Stockpile Quality Assurance Project Plan and Work plan and based on the sampling and analysis results referenced in the Revision #2 Phase I Report of Findings, Lagoon Solids Stockpile Sampling (Revision #2 Report), dated September 19, 2011.

In addition, to address the risk to human health while conducting off-site management activities for the reuse of the Phase I Stockpile, Calgon submitted a Scope of General Assumptions, dated September 21, 2011. Calgon completed the risk assessment with revisions and submitted Revision #1 Human Health Risk Assessment Beneficial Reuse Management of Lagoon Solids Stockpile (Revision #1 HHRA), dated December 28, 2011, with no further comment from the EPA.

The EPA's "'contained-in' policy defines when contaminated media can be considered to no longer 'contain' hazardous waste." 63 *Fed. Reg.* 65878 (Nov. 30, 1998). However, "EPA has not ... issued definitive guidance [establishing] concentrations at which contained-in determinations may be made." 63 *Fed. Reg.* 28622 (May 25, 1998). Therefore, the EPA's determinations on when media no longer contain hazardous waste are "made on a case-by-case basis considering the risks posed by the contaminated media." *Id.*

Based on the documents mentioned above and assuming Calgon manages the Phase I Stockpile as described in Revision #1 HHRA, the Phase I Stockpile no longer contains hazardous waste. An executed contract with the facility(s) receiving the Phase I Stockpile should be submitted to the EPA and the Kentucky Department for Environmental Protection prior to the shipment. This CID is solely for the Phase I Stockpile, which consists of approximately 54 percent of the Lagoon Solids Stockpile. The remaining Lagoon Solids Stockpile will require additional sampling and analysis.

This contained-in determination is specific to the Phase I Stockpile and is not a hazardous waste delisting. A request for a hazardous waste delisting for hazardous waste currently generated or generated in the future at Calgon must be submitted separately.

The Phase I Stockpile must be managed as stated in the Revision #1 HHRA and in the RCIDR. Failure to manage the Phase I Stockpile at the two destination facilities or any alternate destination facility as indicated voids this CID. If Calgon chooses to use an alternate destination facility, Calgon must notify the EPA with a copy of the correspondence and submit an amendment to the RCIDR with detailed information of the alternate destination facility to be used. The alternate facility is subject to all the requirements in the Revision #1 HHRA and in the RCIDR.

If you have technical questions, please contact William Kappler at (404) 562-8498, or for legal questions, please contact Joan Redleaf Durbin at (404) 562-9544.

Sincerely,

G. Alan Farmer, Director
RCRA Division

cc: Richard D. Rose, Calgon Carbon Corporation
Jim Santory, Calgon Carbon Corporation

April J. Webb, P.E., Manager, Hazardous Waste Branch, KDWM
Aaron Newton, Hazardous Waste Branch, KDWM

Shannon Sherman Graves, Environmental Manager
CEMEX Kosmos Cement
15301 Dixie Highway
Louisville, KY 40272

John Sigler, Project Manager
Kipin Industries, Inc
4194 Green Garden Rd.
Aliquippa, PA 15001