

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

JUL 29 2013

Dean A. Calland, Esq.
Babst Calland Attorneys at Law
Two Gateway Center
Pittsburgh, Pennsylvania 15222

    Re:  Contained-In Determination Amendment Request
           Geobag Material
           Calgon Carbon Corporation, Catlettsburg, Kentucky

Dear Mr. Calland:

The U.S. Environmental Protection Agency, Region 4 has completed its review of Calgon Carbon Corporation – Big Sandy Plant's (Calgon) formal Contained-In Determination Amendment Request (CIDAR) dated January 30, 2013, for the Geobag Material. Calgon initially submitted an email requesting a Contained-In Determination (CID) for the Geobag Material. The EPA responded by email on October 30, 2012, concurring with Calgon's request with conditions, including that Calgon follow up with the formal CID request.

In addition, to address the risk to human health while conducting off-site management of the Geobag Material, Calgon submitted "Human Health Risk Assessment Calculations for Management of Geobag Material" dated, September 6, 2012.

The EPA's "'contained-in' policy defines when contaminated media can be considered to no longer 'contain' hazardous waste." 63 *Fed. Reg.* 65878 (Nov. 30, 1998). However, "the EPA has not ... issued definitive guidance [establishing] concentrations at which contained-in determinations may be made." 63 *Fed. Reg.* 28622 (May 25, 1998). Therefore, the EPA's determinations on when media no longer contain hazardous waste are "made on a case-by-case basis considering the risks posed by the contaminated media." *Id.*

Based on the EPA's October 30, 2012, email, the human health risk assessment calculations for the Geobag Material, the restrictions on worker exposure limits described in the CIDAR, the EPA's CID dated October 5, 2012, and assuming Calgon manages the Geobag Material at a destination facility, described in the CIDAR, the Geobag Material no longer contains hazardous waste. All paperwork associated with Calgon's off-site management of the Geobag Material should be submitted to the EPA and the Kentucky Department for Environmental Protection (KYDEP) upon completion. This CID is solely for the Geobag Material, and is not a hazardous waste delisting.

The Geobag Material must be managed as described in the documents mentioned above and in the CIDAR. Failure to manage the Geobag Material at the destination facilities as indicated in the CIDAR voids this CID. If Calgon chooses to use an alternate destination facility, Calgon must notify the EPA

with a copy of the correspondence and submit an amendment to the CIDAR with detailed information about the alternate destination facility to be used. The alternate facility is subject to all the requirements in the previously mentioned documents and in the CIDAR.

If you have technical questions, please contact William Kappler at (404) 562-8498, or for legal questions, please contact Joan Redleaf Durbin at (404) 562-9544.

Sincerely,

G. Alan Farmer
Director
RCRA Division

cc: Richard D. Rose, Calgon Carbon Corporation
Marvin Church, Calgon Carbon Corporation
April J. Webb, P.E., Manager, Hazardous Waste Branch, KDWM
Aaron Newton, Hazardous Waste Branch, KDWM

# Appendix B

---

**From:** Redleaf-Durbin.Joan@epamail.epa.gov [mailto:Redleaf-Durbin.Joan@epamail.epa.gov]
**Sent:** Tuesday, October 30, 2012 10:26 AM
**To:** Calland, Dean
**Cc:** mchurch@calgoncarbon-us.com; Richard D. Rose (RRose@calgoncarbon-us.com); Kappler.William@epamail.epa.gov; Hall.Rosemary@epamail.epa.gov; Clifford_@mintra01.rtp.epa.gov; " <Clifford.Hall@ky.gov/O=, "@mintra01.rtp.epa.gov; EEC; April__@mintra01.rtp.epa.gov; " <April.Webb@ky.gov/O=,/,@epamail.epa.gov (EEC)"@mintra01.rtp.epa.gov
**Subject:** Re: Calgon Carbon Corporation - Big Sandy, Kentucky

Hi Dean - Sorry for the delay - had difficulty coordinating with management - in any event - I have been authorized to let you know that subject to the same conditions as those applicable to the Phase I stockpile set out in the CID letter and those identified below, and assuming a formal request to amend the CID follows, in the interim, Calgon Carbon may send the Geobags to the same landfills identified in the CID and Amended CID.

Based on KYDEP's and EPA's assessment of the Geobag contents, the following conditions, in addition to those outlined in the CID and Amended CID apply:

  1) Limiting worker exposure to 10 days.
  2) The use of PPE in management of the Geobag contents.

In addition, the Geobag Material cannot be mixed into the existing stockpile and then loaded for transport. However, the Phase I Stockpile and Geobag Material can be mixed during the loading operations into the same transport vehicles and/or containers.

With respect to finalizing a settlement, we are available to meet in Atlanta either November 16 or November 20. Let me know which you prefer and what time you are thinking.

Thanks
Joan


Joan Redleaf Durbin
Associate Regional Counsel
(404) 562-9544

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of an attorney. It is intended exclusively for the individual(s) or entity(s) to whom or to which it is addressed. This communication may contain information that is privileged, proprietary, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy o disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

From: "Calland, Dean" <DCalland@babstcalland.com>
To: Joan Redleaf-Durbin/R4/USEPA/US@EPA, William Kappler/R4/USEPA/US@EPA
Cc: "Richard D. Rose (RRose@calgoncarbon-us.com)" <RRose@calgoncarbon-us.com>, "mchurch@calgoncarbon-us.com" <mchurch@calgoncarbon-us.com>
Date: 10/24/2012 03:25 PM
Subject: Calgon Carbon Corporation - Big Sandy, Kentucky

Dear Joan and Bill:

This e-mail follows up on my recent voicemails regarding the handling of the lagoon solids at Big Sandy. It also requests a written confirmation to move geobag solids to the two approved landfills on an expedited basis, beginning this coming week.

With respect to the geobags, we are in receipt of the September 6, 2012 comments from Bill which concluded that USEPA concurred with our exposure/risk calculations for the geobags as long as Calgon Carbon managed the material in accordance with the risk assessment approved by USEPA in the Contained-In Determination (CID). Given the crisis with respect to space limitations at the site that I have described numerous times over the course of the past year or so, the plant now *must* remove the geobags on a priority basis and is planning to begin this coming week. All work will be done in accordance with the conditions in the amended CID. My recollection of the last conversation that the three of us had regarding the geobags was that you had no issue with the geobag material being taken to the same landfills that were approved to take the stockpiled material. We did not come to final conclusion on the way that the geobag material would be incorporated into the CID formally and you said you would discuss that internally. Given our crisis situation, I am requesting a short writing to us that confirms our discussion on the geobags and would suffice to show the landfill that the material is not considered to be hazardous and can be accepted. If necessary, I am prepared to follow up with a formal request thereafter to amend the CID.

With respect to the remaining issues that have been discussed between us, we are prepared to come to Atlanta to finalize an agreement to be embodied in a Consent Decree to settle everything else. Given Bill's response on the Lagoon #1 report, the various pieces of the puzzle appear to be ready for settlement. We are currently preparing the revised report on Lagoon #1 solids in response to your e-mail of September 20.

We are available on October 31 and November 8, 9, 12, 16, 19 or 20, although we would prefer one of the November dates.

Please confirm regarding the geobags ASAP. Regards.

Dean

**Dean A. Calland**
dcalland@babstcalland.com

**Babst | Calland**
Attorneys at Law
Two Gateway Center
Pittsburgh, PA 15222
Direct 412.394.5408
Main 412.394.5400
Fax 412.586.1026
Cell 412.848.7316
www.babstcalland.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Babst, Calland, Clements and Zomnir, P.C.