

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

AUG 23 2013

Dean A. Calland, Esq.
Babst Calland Attorneys at Law
Two Gateway Center
Pittsburgh, Pennsylvania 15222

    Re: Contained-In Determination Request
        Wastewater Lagoons Numbers 1, 2, and 3 Solids
        Calgon Carbon Corporation, Catlettsburg, Kentucky

Dear Mr. Calland:

The U.S. Environmental Protection Agency, Region 4 has completed its review of Calgon Carbon Corporation – Big Sandy Plant's (Calgon) Contained-In Determination Request (CIDR) dated August 13, 2013, for the Wastewater Lagoons Numbers 1, 2, and 3 Solids (Solids).

Calgon is requesting a Contained-In Determination (CID) on the Solids, based on the approved Revision #1 Report of Findings for Lagoon #1 Sampling (Revision #1 Report) dated December 18, 2012, and the Human Health Risk Assessment calculations dated April 19, 2013.

The EPA's "'contained-in' policy defines when contaminated media can be considered to no longer 'contain' hazardous waste." 63 *Fed. Reg.* 65878 (Nov. 30, 1998). However, "the EPA has not ... issued definitive guidance [establishing] concentrations at which contained-in determinations may be made." 63 *Fed. Reg.* 28622 (May 25, 1998). Therefore, the EPA's determinations on when media no longer contain hazardous waste are "made on a case-by-case basis considering the risks posed by the contaminated media." *Id.*

Based on the restrictions on worker exposure limits described in the CIDR and assuming Calgon manages the Solids at a destination facility, described in the CIDR, the Solids no longer contain hazardous waste. All paperwork associated with Calgon's off-site management of the Solids should be submitted to the EPA and the Kentucky Department for Environmental Protection (KYDEP) upon completion. This CID is solely for the Solids from Wastewater Lagoons Numbers 1, 2, and 3, and is not a hazardous waste delisting.

The Solids must be managed as described in the documents mentioned above and in the CIDR. Failure to manage the Solids at the destination facilities as indicated in the CIDR voids this CID. If Calgon chooses to use an alternate destination facility, Calgon must notify the EPA with a copy of the correspondence and submit an amendment to the CIDR with detailed information about the alternate destination facility to be used. The alternate facility is subject to all the requirements in the previously mentioned documents and in the CIDR.

If you have technical questions, please contact William Kappler at (404) 562-8498, or for legal questions, please contact Joan Redleaf Durbin at (404) 562-9544.

Sincerely,

G. Alan Farmer
Director
RCRA Division

cc: Richard D. Rose, Calgon Carbon Corporation
 Marvin Church, Calgon Carbon Corporation

 April J. Webb, P.E., Manager, Hazardous Waste Branch, KDWM
 Aaron Newton, Hazardous Waste Branch, KDWM