Appendix D

REPORT

# Phase 2 Lagoon Solids Stockpile Sampling Work Plan and QAPP Amendment

Calgon Carbon Corporation

Catlettsburg, Kentucky

August 14, 2013



# Table of Contents

**Section 1 Introduction** .......... **1-1**
1.1 Site Description and History .......... 1-1
1.2 Objectives .......... 1-2

**Section 2 Phase 2 Lagoon Solids Stockpile Sampling** .......... **2-1**
2.1 Technical Approach .......... 2-1
2.2 Sample Collection Using Hand Auger .......... 2-3
2.2.1Sample Collection Using Test Pits (Contingency) .......... 2-3
2.3 Decontamination .......... 2-4
2.4 Labeling and Shipping of Samples .......... 2-4
2.5 Quality Assurance/Quality Control .......... 2-5
2.6 Reporting .......... 2-5
2.7 Schedule .......... 2-6

**Section 3 QAPP Amendment** .......... **3-1**

# Figures

Figure 1-1 Lagoon Area Site Plan ........ 1-3
Figure 1-2 Phase I Sampling Grid-2011 ........ 1-4
Figure 2-1 Phase 2 Sampling Grid ........ 2-7
Figure 2-2 Schedule – Implementation of Phase 2 Lagoon Solids Stockpile Sampling ........ 2-8

# Tables

Table 2-1 Summary of Proposed Sample Collection and Analyses for Phase 2 Lagoon Solids Stockpile Sampling ........ 2-9
Table 2-2 Sample Container, Preservation, and Holding Time Requirements for Solids.... 2-10



# Section 1

# Introduction

CDM Smith Inc. (CDM Smith), on behalf of Calgon Carbon Corporation (Calgon), has previously planned and executed sampling of approximately one half the volume of the Lagoon Solids Stockpile at the Calgon Big Sandy Plant (BSP) in Catlettsburg, Kentucky. For "Phase I" of the sampling, the field investigation was conducted pursuant to the EPA Region 4 approved *Quality Assurance Project Plan* (QAPP), and the *Phase I Lagoon Solids Stockpile Sampling Work Plan,* revised and submitted to EPA February 3, 2011, and Amendment 1 to these documents issued March 18, 2011. A *Phase I Report of Findings* was prepared by CDM Smith and issued to EPA Region 4 on April 29, 2011. Following resolution of comments by EPA, the final *Revision #2 Phase I Report of Findings* was issued September 19, 2011 and approved by EPA on October 3, 2011.

This *Phase 2 Lagoon Solids Stockpile Sampling Work Plan and QAPP Amendment* ("Work Plan") builds upon the documents referenced above and the knowledge gained through previous sampling of lagoon solids at the BSP, in order to address the remaining portion of the stockpile. This document provides a concise description of the proposed sampling methods, analytical testing, and data reporting, and references prior documents where appropriate.

## 1.1 Site Description and History

The BSP has historically used hydraulic dredging and a filter press to remove settled wastewater solids from its wastewater lagoons. The wastewater solids are transported to the lagoons through underground piping from the "prime carbon" or "virgin carbon" area of the plant, which includes discharges from stormwater runoff, air pollution scrubbers, an acid wash operation for high-grade carbon, river water clarification, and "wash down" water used for plant housekeeping.

Until approximately August 2008, lagoon solids in the form of filter cake were transported off-site for beneficial reuse. Beginning in August 2008, the lagoon solids were retained onsite, initially in the area adjacent to Lagoons 1 & 2, and then later in the area now known as the Lagoon Solids Stockpile (**Figure 1-1**). When surveyed on September 20, 2010, the footprint of the stockpile was approximately 28,000 square feet (sqft), and the volume was approximated as 17,000 cubic yards (cyd). Dredging operations resumed in November 2010 with the intention of placing approximately 2,500 cyd of additional filter cake into existing voids in the northwest portion of stockpile by the end of 2010. When dredging resumed in the spring of 2011, Calgon elected to utilize an alternative method of dewatering using geotextile fabric bags ("geobags") which were staged adjacent to the lagoons. Therefore, no lagoon solids were added to the Lagoon Solids Stockpile after the end of 2010.

The stockpile was re-surveyed on November 22 and 23, 2010. The purpose of the survey was to provide an estimate of surface elevations within approximately one-half of the stockpile, which was designated for Phase I sampling (**Figure 1-2**). Land surface around the stockpile was at an elevation of approximately 557 feet and the highest point on the Phase I portion of the stockpile was approximately 582 feet. The Phase I sampling was conducted in February/March 2011 using a combination of hand auger and Geoprobe™ sampling techniques. Due to the excessively steep side slopes, variable surface elevations, and the sampling requirement to obtain material from all levels of the stockpile, the Geoprobe™ used in Phase I was suspended from an 80 ton crane.

Since receiving an amended "Contained-In Determination" (CID) from EPA on October 5, 2012, a substantial amount of the solids have been removed from the Phase I portion of the stockpile and disposed-of offsite in EPA-approved facilities.

## 1.2 Objectives

This Work Plan has been prepared at the request of EPA Region 4 in support of the Phase 2 lagoon solids stockpile sampling effort. The overall objectives for the Phase 2 lagoon solids sampling include:

- Obtain a sufficient quantity of analytical results for "hazardous constituents" to represent the solids within the "Phase 2" portion of the stockpile (Figure 1-2).
- Obtain a sufficient quantity of analytical results for hazardous constituents to support an affirmative ruling from EPA Region 4 that the sampled material is suitable for beneficial reuse/recycling within specific restrictions, or offsite disposal as a non-hazardous waste.

Section 2 of this Work Plan describes the technical approach, sampling protocols, quality assurance/quality control (QA/QC) procedures, and project reporting. The QAPP for the Phase I sampling is included by reference, and amendments to the QAPP are discussed in Section 3.




CDM Smith

**Figure 1-1**
**Lagoon Area Site Plan**
**Calgon Carbon Corporation**
**Catlettsburg, Kentucky**




**Figure 1-2: Phase 1 Sampling Grid-2011**

**Phase 2 Lagoon Solids Stockpile Sampling Work Plan and QAPP Amendment**

Calgon Carbon Corporation
Big Sandy Plant
Catlettsburg, Kentucky

# Section 2

# Phase 2 Lagoon Solids Stockpile Sampling

This section presents the technical approach and protocols for the Phase 2 sampling effort. It provides the necessary detail to guide the field investigation activities and will be used in conjunction with the QAPP.

This Work Plan and referenced QAPP are designed to ensure that samples are collected consistently between sampling locations, with no contamination being introduced. Personnel will use the EPA Region 4, Science and Ecosystem Support Division Operating Procedures (SESDPROC) protocols for the field operations as described in the ***Field Branches Quality System and Technical Procedures*** (http://www.epa.gov/region4/sesd/fbqstp/). Details regarding preparation of sample containers, sample volumes, preservation methods, and maximum holding times are summarized in this Work Plan and presented in the laboratory's QA Manual, which is incorporated into the QAPP.

## 2.1 Technical Approach

The execution of the Phase I sampling work involved suspending a Geoprobe™ drilling rig from an 80-ton crane and placing personnel onto the stockpile with the aid of boom lifts. While this method proved to be effective, it exposed workers to an inordinant amount of risk associated with mechanical equipment and working on elevated surfaces. A similar sampling strategy would not be practical for the Phase 2 portion of the stockpile, since there is no stable surface for a large crane near the Phase 2 area. Using worker safety as a primary consideration, the most logical and effective way to obtain representative samples from the Phase 2 solids is to spread the material throughout the current footprint of the stockpile, filling the space that will be vacated by the removal of the Phase I solids.

Heavy equipment will be used to spread the Phase 2 lagoon solids into a near uniform layer. Side slopes of the newly-shaped stockpile will be targeted at 1.5 to 1. Compaction equipment will be used to the extent practical in order to obtain a partially groomed and even surface. No intentional mixing of the stockpile will occur, apart from what is described in this section.

After the stockpile is reshaped, its footprint will be reestablished by a land surveyor. In the same manner as was used for the Phase I sampling, a 25-foot horizontal grid system will be overlayed on the stockpile using the pre-established benchmarks shown in **Figure 2-1.** The horizontal grid forms the basis for the selection of the sample collection locations and the field location control. The pre-selected sample locations will be marked by the surveyor in the field, and the surface elevation at each location will be established.

A detailed topographic survey of the current elevations within the Phase 2 stockpile area has not been conducted, but enough information is available through the Phase I surveys and through site observations to estimate the potential thickness of the reshaped stockpile. Based on calculations of the volume remaining for Phase 2 and the available space for spreading, the average thickness of the newly-shaped stockpile is expected to be around six feet. This thickness can easily be penetrated through the use of hand augering equipment, and the gentle slopes and uniformity of the new stockpile will create a safe working environment. Therefore, Calgon proposes to utilize hand augering to collect one sample at each designated sampling location. The sample would be a composite of the

entire vertical profile of the stockpile at each location, with a penetrated thickness of up to eight feet. In the event that the volume of solids exceeds the current estimate and the thickness of the stockpile exceeds 10 feet, the sampling method will be altered to sampling from test pits excavated by a backhoe. If a backhoe is used, discrete samples of the solids will be collected from the backhoe bucket, representing the entire depth of the test pit. The discrete samples will be composited into a single sample representing the entire vertical profile at that location, with a penetrated thickness of up to 12 feet. In the unlikely event that the thickness of the solids at a single location exceeds 12 feet, two composite samples will be collected representing the 0 to 6-feet and 6 feet to the termination of the test pit.

In selecting the number of samples to be collected, consideration has been given to the extensive sampling and analysis that has previously been compiled for the Phase I stockpile, Lagoon #1, and the Geobag Area. Given the common origin of these lagoon solids, and the similarity in results that has emerged among these three prior sampling programs, a modest number of samples for the Phase 2 stockpile sampling is justifiable. Since the same statistical analysis used for prior data evaluation will also be used for the Phase 2 results, guidance on the number of samples required was sought from the user's guide to the EPA-approved statistical software ProUCL (*ProUCL Version 4.1.00 Technical Guide*, EPA/600/R-07/04. EPA 2010). At numerous points within the ProUCL technical guidance a minimum sample size of 8-10 is recommended. For example, in Section 1.7.4 on page 28:

> "... it is suggested that the project team at least collect 8 to 10 observations from each of the populations (e.g., site area, MWs, background area) under investigation."

Given the data needs for Phase 2, the ProUCL guidance document, and the input of EPA Region 4, one sample from each of 12 locations will be collected. As stated above, however, if the solids thickness exceeds 12 feet, two samples will be collected per location.

The horizontal grid in Figure 2-1 has been used to select preliminary sampling locations, assuming the current stockpile footprint. Grid cells with lagoon solids covering 50% or more of the cell were included in the sample population. This results in a total of 46 cells being in the potential sample population out of a total of 56 cells containing lagoon solids. The total surface area included in the sample population is approximately 26,000 sqft out of the total surface area of 27,300 sqft, or approximately 95%. Twelve grid cells among the 46 cells in the population were chosen as sampling locations using the standard random number generator function with Microsoft Excel. The selected locations are shown in Figure 2-1.

The 12 samples will be collected in a single phase of work. Samples will labeled, handled, shipped, and analyzed as described later in Section 2. Test methods and analyte lists will be consistent with those used for the previous lagoon solids sampling efforts, in order to compare to previous results. The same laboratory, TestAmerica, will also be used. All samples will be analyzed for the following parameters:

- Metals (including mercury and hexavalent chromium)
- Semivolatile organic compounds (SVOCs)
- Dioxins and furans

For two of the samples, to be randomly chosen, a more extensive group of parameters will be analyzed. In addition to the metals, SVOCs and dioxins/furans, the following analyses will be conducted:

- Pesticides & herbicides
- Volatile organic carbon(VOC)

**Table 2-1** provides a summary of the proposed samples, field QC samples, and analyses with lab methods.

## 2.2 Sample Collection Using Hand Auger

One composite sample will be collected for each sample location (Figure 2-1), derived from one borehole. Exact borehole locations will be determined in the field, but are intended to approximate the centerpoint of the selected grid cell.

Sample collection using hand augers will adhere to ***Soil Sampling*** (SESDPROC-300-R2, December 20, 2011). The hand auger will be advanced from the pile surface through the entire vertical interval to be sampled. The first "bucket," and every subsequent second bucket from the initial surface penetration, will be discarded to allow an appropriate volume of sample to be collected throughout the interval. The remaining buckets of material will be combined into a stainless steel or glass bowl and mixed with stainless steel spoons to achieve a homogenized composite sample. Care will be taken to discard the top few inches of material in each bucket, per Section 4.3.3 of SESDPROC-300-R2. After mixing, the bowl will be photographed and the contents will then be removed into appropriate sample containers.

**Table 2-2** provides a summary of the sample containers, their size and construction material, required preservation technique and holding times for each analytical parameter group for solid matrix samples. The combined volume of sample material needed for the planned analyses (excluding VOCs) is 28 ounces. The composite sampling procedure as described will provide sufficient volume for the required aliquots.

Samples for VOC analysis, applicable to only two sample locations, will be collected discretely from the hand auger to avoid loss of VOCs during collection. The approximate center-most interval of the borehole location will serve as the collection point for the Encore® samplers. The Encores® will be collected in a timely manner, immediately after the auger is withdrawn.

### 2.2.1 Sample Collection Using Test Pits (Contingency)

Although not expected, sampling using a backhoe and test pits may be required if the thickness of the solids exceeds 10 feet, as described in Section 2.1. If this is necessary, a properly trained operator and backhoe/trackhoe will be mobilized to the site, and its bucket properly decontaminated (Section 2.3). The operator will progressively excavate the test pit in approximately 2-foot intervals. Representative solids from the bucket of each interval will be collected and placed into a stainless steel or glass bowl. The contents will be mixed with stainless steel spoons to achieve a homogenized composite sample, and the bowl will then be photographed. The contents of the bowl will then be removed into appropriate sample containers. As with the hand auger procedure above, samples for VOC analysis will be collected quickly and discretely using Encore® samplers. The approximate midpoint of the test pit will be chosen for VOC sample collection.

## 2.3 Decontamination

Sampling equipment that will require decontamination includes the hand augers, glass or stainless bowls, and stainless steel spoons. The decontamination procedures will adhere to ***Field Equipment Cleaning and Decontamination*** (SESDPROC-205-R2, December 20, 2011). Glass or stainless bowls, and stainless steel spoons will be decontaminated by the protocol for "Sampling Equipment used for the Collection of Trace Organic and Inorganic Compounds" in Section 3.4 of SESDPROC-205-R2. If a backhoe/trackhoe is required for sampling, a separate decontamination area will be set up to decontaminate the bucket as follows:

- Gross removal of solids by brushing/scraping.
- Pressure washing with potable water until residues are removed.

The backhoe/trackhoe bucket will be decontaminated prior to entering the work area, and in-between sampling locations.

## 2.4 Labeling and Shipping of Samples

After collecting samples with bottles provided by TestAmerica, samples will be prepared and shipped as specified by TestAmerica and ***Packing, Marking, Labeling and Shipping of Environmental and Waste Samples*** (SESDPROC-209-R2, April 20, 2011).

Lagoon solids samples will be designated and labeled according to the following:

Example: P2-C3-HA-0.5 to 5.5

Where:

- P2 indicates Phase 2 lagoon solids sampling
- C3 is the grid location as labeled on Figure 2-1
- HA is the sampling method (HA for hand auger or TP for test pit); and
- 0.5 to 5.5 is the sampling depth from the stockpile surface in feet.

Within one day of collection, samples will be sent via FedEx priority overnight (next day) shipping to the TestAmerica addresses listed below:

Attn: Dave Dunlap
Test America
301 Alpha Drive
Pittsburgh, PA 15238
Phone: 412-963-7058

*(For Dioxin/Furan Analysis Only)*
Attn: Kevin Woodcock
Test America
5815 Middlebrook Pike
Knoxville, TN 37921
Phone: 865-291-3000

As needed, field personnel will check in with TestAmerica to ensure that samples have been delivered and logged. If weekend delivery of samples is required, phone contact will be made with the lab(s) in advance to ensure that personnel will be available to receive and log-in the samples.

## 2.5 Quality Assurance/Quality Control

This section identifies the Data Quality Objectives (DQOs) and QA/QC samples that will be collected during the Phase 2 sampling.

The DQOs for data collection during the Phase 2 sampling are intended to ensure that the laboratory analytical data generated are of sufficient quality to support their respective intended uses. All samples sent to the laboratory will be reported by the laboratory according to Level IV DQO requirements. CDM Smith will conduct a data usability review for sample handling, shipping, holding times, laboratory blank analysis, and laboratory QC indicators for all samples. As was agreed-upon with EPA during the most recent sampling and reporting on lagoon solids conducted for the Geobag Area, formal data validation using the EPA functional guidelines will not be necessary. The laboratory will, however, provide the full Level IV data package that will allow for formal validation of select data if/when needed.

Field duplicate samples will be collected at a frequency of approximately 10% of all environmental samples and submitted to the laboratory as blind duplicates. Typical rounding rules will apply for this project, and equates to one total duplicate sample. Additionally, one sample location will be chosen in the field for collection of a matrix spike and a matrix spike duplicate sample. One equipment rinsate blank will be collected. To collect an equipment rinsate blank, sampling equipment will first be decontaminated. Then, certified analyte-free water will be poured over the decontaminated equipment such that water collects in a mixing bowl. The water will be stirred with the mixing spoons and transferred to sample containers. Water will then be transferred to sample containers.

## 2.6 Reporting

CDM Smith will submit a report of results to Calgon for distribution and to EPA for review. The formatting of tabular results within the report will be consistent with those most recently used and approved by EPA for the Lagoon #1 and Geobag Area sampling efforts. The report will describe field activities and will include a discussion of the analytical results with respect to the overall project objectives.

The report of results will include the following report elements:

- A summary of the work performed and any pertinent deviations or modifications from the QAPP and/or Work Plan.
- Analytical data generated from the sampling event, as summarized in tables formatted to match previous sampling and reporting efforts.
- Map of site showing all sample locations.
- A discussion of data quality and usability.
- Statistical analyses of the laboratory data, to include mean, standard deviation, and 95% upper confidence level, using the EPA-recognized software ProUCL.
- Comparison of laboratory data to screening levels, as most recently conducted and approved by EPA for the Lagoon #1 and Geobag Area sampling efforts.

## 2.7 Schedule

**Figure 2-2** presents the proposed schedule for the Phase 2 stockpile earth work and sampling effort. The schedule assumes that no major weather delays will be experienced during the field work activities, and that no more than one week will be required to propose and gain approval for any field revisions to the Work Plan if/when they are needed. The schedule assumes that the Work Plan is approved in advance of the field work.

Calgon will provide notification to EPA within three days of commencing the spreading and reshaping of the Phase 2 stockpile material, and notification within three days of commencing the field sampling work. Calgon will submit weekly progress reports to EPA during the field sampling activities. Notifications and progress reports may be provided in writing, electronically, or by telephone call.

It is expressly noted that weather conditions such as wet weather or cold weather may make it physically difficult to manage the Phase 2 lagoon solids by typical handling methods or in a sufficiently safe manner. Upon approval of this work plan by EPA, Calgon may take this factor into account in performing this obligation under the Consent Decree between Calgon and EPA.




**Figure 2-1: Phase 2 Sampling Grid**
**Phase 2 Lagoon Solids Stockpile Sampling**
**Work Plan and QAPP Amendment**
Calgon Carbon Corporation
Big Sandy Plant
Catlettsburg, Kentucky



| Task/Description | Weeks | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| **Spreading and Reshaping of Stockpile** | | | | | | | | | | | | | | | | | | | | | | | | |
| Notification to EPA (at least 3 days prior to field activities) | | | | | | | | | | | | | | | | | | | | | | | | |
| Spreading, Reshaping, Compaction | ■ | ■ | ■ | | | | | | | | | | | | | | | | | | | | | |
| Surveying & Sample Location Mapping | | | | ■ | ■ | | | | | | | | | | | | | | | | | | | |
| **Sampling and Reporting** | | | | | | | | | | | | | | | | | | | | | | | | |
| Pre-Mobilization & Planning | | | | | ■ | ■ | | | | | | | | | | | | | | | | | | |
| Notification to EPA (at least 3 days prior to field activities) | | | | | | | | | | | | | | | | | | | | | | | | |
| Field Sampling | | | | | | | ■ | | | | | | | | | | | | | | | | | |
| Laboratory Analysis | | | | | | | | ■ | ■ | ■ | | | | | | | | | | | | | | |
| Report to EPA | | | | | | | | | | | ■ | ■ | ■ | | | | | | | | | | | |

**Figure 2-2: Schedule**

**Implementation of Phase 2 Lagoon Solids Stockpile Sampling**

Calgon Carbon Corporation
Big Sandy Plant
Catlettsburg, Kentucky

## Table 2-1
## Summary of Proposed Sample Collection and Analyses for Phase 2 Lagoon Solids Stockpile Sampling

| | Estimated Number of Samples To be Analyzed by the Laboratory | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sample Type** | VOC | SVOC [1] | Pesticide[1] | Herbicide | Dioxins/ Furans | Metals | Hexavalent Chromium | Mercury |
| Lagoon Solids | 2 | 12 | 2 | 2 | 12 | 12 | 12 | 12 |
| **QA/QC Samples** | | | | | | | | |
| Duplicates | - | 1 | - | - | 1 | 1 | 1 | 1 |
| MS & MSD | - | 2 | - | - | 2 | 2 | 2 | 2 |
| Equipment Rinsate Blanks | - | 1 | - | - | 1 | 1 | 1 | 1 |
| ***Total Samples*** | 2 | 16 | 2 | 2 | 16 | 16 | 16 | 16 |

Notes:

VOC - Volatile Organic Compounds (Method 8260B)

SVOC - Semi-Volatile Organic Compounds (Method 8270C)

Pesticides - Organochlorine Pesticides (Method 8081A)

Herbicides– Chlorinated Herbicides (Method 8151A)

Dioxins/Furans – Polychlorinated Dibenzo-p-Dioxins and Polychlorinated Dibenzofurans (Method 8290)

Metals – (Method 6010B)

Hexavalent Chromium - (Method 7196A)

Mercury – (Method 7471A)

MS & MSD – Matrix Spike and Matrix Spike Duplicate (Note: 1 MS and 1 MSD to be analyzed)

1 – the compound Kepone will be reported as both an SVOC and a pesticide.

**Table 2-2**
**Sample Container, Preservation, and Holding Time Requirements for Solids**

| Parameter[1] | Method Reference | Container(s)[2] | Preservative | Holding Time |
|---|---|---|---|---|
| VOCs | EPA 5035A (preparation), 8260B | 3x 5-gram Encore samplers[3] | Cool 0-6°C | Extrude samplers into 2 vials – water 1 vial – methanol within 48 hours and freeze vials; 14 days to analysis |
| SVOCs | EPA 3541 (preparation), 8270C | 1x4oz jar | Cool 0-6°C | 14 days to extract, 40 days from extraction to analysis |
| Organochlorine Pesticides | EPA 3541 (preparation), 8081A | 1x4oz jar | Cool 0-6°C | 14 days to extract, 40 days from extraction to analysis |
| Chlorinated Herbicides | EPA 8151A | 1x4oz jar | Cool 0-6°C | 14 days to extract, 40 days from extraction to analysis |
| Dioxins & Furans | EPA 3540C (preparation), 8290 | 1x4oz jar | Cool 0-6°C | 30 days to extract, 45 days from extraction to analysis |
| Metals | EPA 3050B (preparation), 6010B | 1x4oz jar | Cool 0-6°C | 180 days |
| Hexavalent Chromium | EPA 3060A (preparation), 7196A | 1x4oz jar | Cool 0-6°C | 30 days to extract, 7 days from extraction to analysis. |
| Mercury | EPA 7471A | 1x4oz jar | Cool 0-6°C | 28 days |
| | | | | |
| | | | | |

1 – All parameters are for a solid sample matrix.
2 - Sample containers for solids combined as 3x8oz jars and 2x4oz jar for all analyses, except volatiles.
3 – Terracore Kits may be used when sample is not amenable (non-adhesive or too wet) to being collected using Encore sampling kits

# Section 3

# QAPP Amendment

For the purposes of this Work Plan, the previously approved revised *Quality Assurance Project Plan (QAPP) Phase I Lagoon Solids Stockpile Sampling* (February 3, 2011) and Amendment 1 to this document submitted March 18, 2011, is incorporated by reference, with the following modifications:

- Sections A.5 and A.6 language is removed. Sections 1 and 2 of this Work Plan provide appropriate information.
- Sections B.1, B.2 and B.5 language is removed. Sections 1 and 2 of this Work Plan provide appropriate information.
- Section D is modified to remove requirements for formal data validation. Instead, a data usability review for sample handling, shipping, holding times, laboratory blank analysis, and laboratory QC indicators will be conducted for all samples.