# Appendix E

---

**From:** Kappler, William [mailto:Kappler.William@epa.gov]
**Sent:** Monday, August 19, 2013 2:58 PM
**To:** Hendershot, Philip
**Cc:** Redleaf-Durbin, Joan; Calland, Dean
**Subject:** Phase 2 Lagoon Solids Stockpile Sampling Work Plan and QAPP Amendment

Dear Philip

The EPA has completed its review and finds the document satisfactory, subject to Calgon incorporating EPA's attached comments.

Please contact me if you have any questions.

Sincerely,

William Kappler
Environmental Scientist
RCRA and OPA Enforcement and Compliance Branch
RCRA Division
US EPA, Region 4
61 Forsyth Street, SW
Atlanta, GA 30303
P: (404) 562-8498

kappler.william@epa.gov

**Phase 2 Lagoon Solids Stockpile Sampling Work Plan and QAPP Amendment**
**August 14, 2013**
**Calgon Carbon Corporation – Big Sandy Plant, Catlettsburg, Kentucky**

Please report all analytical results on a dry weight basis and include the percent solids information in the data tables.

Please use SESD's current operating procedures.

Please ensure that the top material in the auger bucket is discarded due to the tendency of the bucket to scrape the sides of the auger hole while being inserted and extracted in accordance with Section 4.3.3 of SESD's Soil Sampling operating procedure SESDPROC-302-R2.