

**Appendix F
Calgon Carbon Corporation
Catlettsburg, Kentucky**