## Appendix G: Annual Report Outline for Consent Decree Activities

A.     Listing of all documents submitted to EPA during past year

B.     Status of work that has been performed or will be performed

C.     Problems encountered or anticipated

D.     Implemented or proposed solutions to items in Section C above

E.     Impacts on permits and any permit application or modification filings

F.     List of all documents submitted to KYDEP