UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 0:13-CV-158 (HRW) |
| CALGON CARBON CORPORATION, | ) |
| Defendant. | ) |

## JOINT MOTION TO TERMINATE CONSENT DECREE

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), and the Defendant, Calgon Carbon Corporation ("Calgon"), jointly move the Court to Terminate the Consent Decree, which was entered by this Court on February 2, 2014. (Docket No. 5)

The provisions under Section XVII. TERMINATION of the Consent Decree set forth the procedure for terminating the Consent Decree. Calgon, as required by Paragraph 77, requested that the Consent Decree be terminated. The United States Environmental Protection Agency for Region 4 has determined that Calgon has satisfactorily complied with the requirements for termination of the Consent Decree.

Therefore, as set forth in Paragraph 77 of the Consent Decree, the parties jointly move the Court to enter an Order terminating the Consent Decree. A [Proposed] Order is attached hereto.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

/s/ Thomas Lee Gentry
Thomas Lee Gentry
Assistant United States Attorney
260 West Vine St., Suite 300
Lexington, KY 40507
Telephone: (859) 685-4830
Mobile: (859) 230-4037
Lee.Gentry@usdoj.gov

ELLEN MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

/s/ William A. Weinischke
WILLIAM A. WEINISCHKE
Senior Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 514-4592

OF COUNSEL:
JOAN REDLEAF-DURBIN.
Associate Regional Counsel
U.S. EPA, Region 4
61 Forsyth Street, SW
Atlanta, Georgia 30303
(404) 562-9544

Defendant Calgon Carbon Corporation

By: /s/ Dean A. Calland
Counsel to Calgon Carbon Corporation