UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 0:13-CV-158 (HRW) |
| ) | |
| CALGON CARBON CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER TERMINATING CONSENT DECREE

The Court, having fully considered the Joint Motion to Terminate the Consent Decree submitted by the Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), and the Defendant, Calgon Carbon Corporation, hereby ORDERS that the Consent Decree entered herein on February 2, 2014, is hereby terminated.

So ORDERED this 24th day of May, 2018.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge